No. 03–1689. ROTHENBERG v. MINNESOTA BOARD OF CONTINUING LEGAL EDUCATION. Sup. Ct. Minn. Certiorari denied.

No. 03–1690. UNITED STATES EX REL. KARVELAS v. MELROSE-WAKEFIELD HOSPITAL ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–1692. BARR v. TEXAS. Ct. App. Tex., 11th Dist. Certiorari denied.

No. 03–1695. VAUGHEN v. FLORIDA BAR. Sup. Ct. Fla. Certiorari denied.

No. 03–1697. DOUDS ET AL. v. THOMPSON ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 03–1700. HINTON v. UNITED STATES ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–1701. CRAIG v. HOLSEY. Ct. App. Ga. Certiorari denied.

No. 03–1702. MANUEL v. SANDERSON FARMS, INC., PROCESSING DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–1703. ROCKEFELLER v. WESTINGHOUSE ELECTRIC CO., WASTE ISOLATION DIVISION, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 03–1704. ROACH v. SALDANO ET AL. C. A. 5th Cir. Certiorari denied.

No. 03–1705. TAYLOR v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 3d Cir. Certiorari denied.

No. 03–1706. MARKOWITZ v. MARKOWITZ. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 03–1707. NORDYKE ET AL. v. KING ET AL. C. A. 9th Cir. Certiorari denied.

No. 03–1708. MCANALLY v. CLARK COUNTY, NEVADA, ET AL. C. A. 9th Cir. Certiorari denied.